UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

---

Civil Case No.: 00-2280 DWF/AJB

R.R. DONNELLEY & SONS COMPANY
a Delaware corporation, individually and
as agent for R.R. DONNELLEY
RECEIVABLES, INC., a Nevada corporation,

Plaintiff,

vs.

GARBORG'S LLC, a Minnesota limited liability company, GARBORG'S ACQUISITION LLC, a Minnesota limited liability company, and GARBORG'S INC., a Minnesota corporation,

Defendants.

---

**STIPULATION AND ORDER OF DISMISSAL**

The parties hereto, through their respective undersigned counsel, hereby stipulate and agree pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure that the above-captioned action may be and hereby is dismissed, with each party to bear its own costs.

Dated: 6/7/01

Larry B. Ricke (#121800)

LEONARD, STREET AND DEINARD
Professional Association
Suite 2300
150 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 335-1500

ATTORNEYS FOR PLAINTIFF

FILED JUN 08 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD JUN 08 2001
DEPUTY CLERK

2089223v1

Dated: 6/6/01

Michael L. Meyer (#72527)
Michael F. McGrath (#168610)

RAVICH MEYER KIRKMAN
McGRATH & NAUMAN
4545 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 332-8511

ATTORNEYS FOR DEFENDANTS

**ORDER**

Based on the stipulation of the parties and upon the file, records and proceedings herein,

**IT IS HEREBY ORDERED** that the above-entitled action be, and is, dismissed without costs to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Judge of United States District Court